IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

      Plaintiff,                        No. CIV S-10-1154 MCE DAD P

      vs.

P. STATTI, et al.,

      Defendants.              <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. On June 15, 2011, plaintiff filed his fifth motion for the appointment of counsel. Plaintiff has filed similar motions on May 6, 2010, June 1, 2010, January 10, 2011, and February 28, 2011. The court denied all of plaintiff's previous motions for the appointment of counsel.

        In light of the court's previous orders, and for the reasons discussed therein, IT IS HEREBY ORDERED that plaintiff's June 15, 2011 motion for appointment of counsel (Doc. No. 32) is denied.

DATED: July 5, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:md
herr1154.31.thr