IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

    Plaintiff,                    No. 2:10-cv-1154 MCE DAD P

    vs.

P. STATTI, et al.,

    Defendants.               <u>ORDER</u>

/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On August 3, 2012, plaintiff filed his sixth request for the appointment of counsel. Plaintiff's previous requests were filed on May 6, 2010, June 1, 2010, January 10, 2011, February 28, 2011 and June 15, 2011. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 3, 2012 request (Docket No. 36) is denied.

DATED: October 3, 2012.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD: dpw
herr1154.31.thr(2)

1