IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

    Plaintiff,            No. 2:10-cv-01154 MCE DAD P

  vs.

P. STATTI, et al.,

    Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed requests for appointment of counsel on December 10, 2012 and January 7, 2013. Plaintiff has filed at least six prior requests seeking the appointment of counsel on his behalf. All of those requests have been denied based upon the court's original finding that exceptional circumstances did not exist so as to justify the appointment of counsel in this federal habeas action. (See Doc. No. 11.) In light of the court's prior orders and for the same reasons stated in those orders, plaintiff's pending requests for the appointment of counsel will again be denied.

/////

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's December 10, 2012 and
2 January 7, 2013 motions for appointment of counsel (Docs. No. 49 & 61) are denied.
3 DATED: January 14, 2013.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
herr1154.31(7)