UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTY HERRERA, | No. 2:10-cv-1154 MCE DAD P |
| Plaintiff, | |
| v. | ORDER |
| P. STATTI et al., | |
| Defendant. | |

Plaintiff has filed a motion to proceed in forma pauperis on appeal. Plaintiff is advised that this court has not issued any appealable orders nor has the court entered judgment in this case. At this time, plaintiff is still preceding in this action on his sole remaining claim that defendant Medina failed to provide him with adequate medical care in violation of the Eighth Amendment.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis on appeal (Doc. No. 44) is denied as premature.

Dated: September 17, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
herr1154.ifp