# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>P. STATTI, et al.,<br><br>　　　　　Defendant | CASE NO: 2:10-CV-01154 MCE DAD P<br><br>ORDER |

　　　　BY OUR SIGNATURES BELOW, it is hereby mutually agreed that SHANAN L. HEWITT, of the Law Offices of Rivera & Associates, is substituted in on Case Number 2:10-CV-01154 MCE DAD P, and Michelle Domingo, Deputy Attorney General, is substituted out of said case, as attorney of record for Defendant, D. MEDINA.

I hereby consent to said substitution.

| | |
|---|---|
| DATED: January 1, 2014 | /s/ D. Medina (original signature retained by attorney)<br>D. MEDINA |
| I hereby agree to said substitution. | RIVERA & ASSOCIATES |
| DATED: January 6, 2014 | /s/ Shanan L. Hewitt<br>SHANAN L. HEWITT |

1

I hereby consent to said substitution.      DEPUTY ATTORNEY GENERAL

DATED: December 23, 2013      /s/ Michelle Domingo
      Michelle Domingo

     IT IS SO ORDERED.

Dated:  January 7, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/herr1154.sub