UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. STATTI et al.,<br><br>　　　　Defendants. | No.  2:10-cv-1154 MCE DAD P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action and has requested appointment of counsel.  Plaintiff has filed a dozen prior motions seeking the appointment of counsel on his behalf, all of which have been denied.  For the reasons discussed in those orders, once more, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel (Doc. No. 98) denied.

Dated:  February 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
herr1154.31thr(3)

1