UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. STATTI, et al.,<br><br>　　　　　Defendants. | No. 2:10-cv-1154 MCE DAD P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with this civil rights action. On January 29, 2015, this court granted plaintiff's motion to withdraw or amend his admissions pursuant to Rule 36(b) of the Federal Rules of Civil Procedure and ordered plaintiff to re-serve his responses to defendant's requests for admission within thirty days. Plaintiff has since filed a motion for a court order directing defendant Medina to re-serve him with a copy of the requests for admission.

　　　　Good cause appearing, and in the interest of justice, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for a court order (Doc. No. 170) is granted;

　　　　2. Within fourteen days of the date of this order defense counsel shall re-serve on plaintiff defendant Medina's requests for admission; and

/////

/////

/////

3. Within fourteen days of the date of service of defendant Medina's requests for admission, plaintiff shall re-serve on defense counsel his responses to the defendant's discovery requests. Plaintiff's responses must be signed.

Dated: March 5, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
herr1154.resv