UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>        Plaintiff,<br><br>    v.<br><br>P. STATTI, et al.,<br><br>        Defendants. | No. 2:10-cv-1154 MCE KJN P (TEMP)<br><br>ORDER |

       In an order dated February 22, 2016, this Court adopted the Magistrate Judge's Findings and Recommendations and ordered the Clerk of the Court to close this action. ECF No. 202. The Court's order incorrectly stated that neither party had filed objections to the Findings and Recommendations; Plaintiff did in fact file objections to the Findings and Recommendations. ECF No. 200. The Court reviewed those objections when first evaluating the Findings and Recommendations and has done so again in preparing this Order. The Court finds the adoption of the Findings and Recommendations remains appropriate. This action shall remain closed.

       IT IS SO ORDERED.

Dated: February 25, 2016

                                     MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                     UNITED STATES DISTRICT COURT