UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | No. 2:10-cv-1154 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| P. STATTI, et al., | |
| Defendant. | |

On September 26, 2016, plaintiff filed a motion for appointment of counsel. This civil rights action was closed on February 23, 2016. (ECF No. 203.) Further, plaintiff filed a notice of appeal in March 2016. (ECF No. 206.) Plaintiff's appeal divests this court of jurisdiction over this action. Natural Res. Def. Council, Inc. v. Sw. Marine Inc., 242 F.3d 1163, 1166 (9th Cir. 2001). Therefore, plaintiff is advised that further documents filed by plaintiff in this case will be disregarded and no orders will issue in response to future filings. Plaintiff is also advised that if he seeks the appointment of counsel for his appeal, he should direct that request to the Court of Appeals for the Ninth Circuit.

Dated: September 30, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE